IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEPPER REED<br>1424 W STREET NW, APT. 202<br>WASHINGTON, DC 20009<br><br>　　　Plaintiff,<br>　　　　　　　　v.<br><br>POTOMAC ELECTRIC POWER COMPANY<br>701 9TH STREET, NW<br>WASHINGTON, DC 20068<br><br>　　　Defendant. | CASE NO. 1:17-cv-01357 (EGS) |

**PLAINTIFF PEPPER REED'S AMENDED NOTICE OF
DEPOSITION OF CAROLYN FOSTER**

PLEASE TAKE NOTICE that Plaintiff Pepper Reed, by and through her attorneys, Spiegel & McDiarmid LLP, will take the deposition of **Carolyn Foster**, on **May 3, 2018, at 10:00 a.m. EST**, at Spiegel & McDiarmid LLP, located at **1875 Eye Street, NW, Suite 700, Washington, DC 20006**.  Said deposition shall be for the purposes permitted by the Federal Rules of Civil Procedure and will be taken stenographically before a Notary Public or some other person authorized to administer oaths in the jurisdiction of the deposition.

Dated:  March 27, 2018

Respectfully submitted,

*/s/ Jessica R. Bell*
Jessica R. Bell (DC Bar No. 1011744)
Katharine M. Mapes (DC Bar No. 993784)
Anjali G. Patel (DC Bar No. 1000826)
Katherine J. O'Konski (DC Bar No. 1014691)
SPIEGEL & MCDIARMID LLP
1875 Eye Street, NW
Suite 700
Washington, DC 20006
(202) 879-4000
jessica.bell@spiegelmcd.com
katharine.mapes@spiegelmcd.com
anjali.patel@spiegelmcd.com
katherine.okonski@spiegelmcd.com

Dennis A. Corkery (DC Bar No. 1016991)
Matthew K. Handley (DC Bar No. 489946)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW
Suite 400
Washington, DC 20036
(202) 319-1000
dennis_corkery@washlaw.org
matthew_handley@washlaw.org

*Attorneys for Plaintiff Pepper Reed*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served via electronic mail,  on this 27th day of March, 2018, to:


Mark A. Freeman (DC Bar No. 444836)
FREEMAN & FREEMAN, P.C.
100 Park Avenue
Suite 250
Rockville, MD 20850
Telephone: (301) 315-0200
Fax: (301) 315-0210
mafreeman@rcn.com
*Counsel for Defendant*

Alderson Court Reporting
1155 Connecticut Avenue, NW
Suite 200
Washington, DC 20036
Telephone: (202) 289-2260
Fax: (202) 289-2221
*Court Reporter*


                                        */s/ Jessica R. Bell*
                                        Jessica R. Bell (DC Bar No. 1011744)