IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEPPER REED<br>1424 W STREET, NW APT 202<br>WASHINGTON, D.C. 20009<br><br>Plaintiff,<br><br>       v.<br><br>POTOMAC ELECTRIC POWER COMPANY<br>701 9TH STREET, NW<br>WASHINGTON, D.C. 20068<br><br>Defendant. | Civil Action No. 17-cv-01357 (EGS) |

**PLAINTIFF PEPPER REED'S NOTICE OF DEPOSITION OF BONNIE MILTON**

PLEASE TAKE NOTICE that the Plaintiff Pepper Reed, by and through her attorneys, Spiegel & McDiarmid, LLP, will take the deposition of **Bonnie Milton** on **May 2, 2018, at 10:00 a.m. EST**, at Pepco Edison Place Gallery, located at **702 8th Street, NW, Washington, DC 20068**.  Said deposition shall be for the purposes permitted by the Rules of Civil Procedure and will be taken stenographically before a Notary Public or some other person authorized to administer oaths in the jurisdiction of the deposition.  As permitted by Fed. R. Civ. P. 30(d), the deposition may last for up to seven hours, and if not completed on May 2, will be continued at a mutually acceptable later date.

Respectfully submitted,

*/s/ Anjali G. Patel*
Katharine M. Mapes (DC Bar No. 993784)
Anjali G. Patel (DC Bar No. 1000826)
Jessica R. Bell (DC Bar No. 1011744)
Katherine J. O'Konski (DC Bar No. 1014691)
SPIEGEL & MCDIARMID LLP
1875 Eye Street, NW
Suite 700
Washington, DC 20006
(202) 879-4000
katharine.mapes@spiegelmcd.com
anjali.patel@spiegelmcd.com
jessica.bell@spiegelmcd.com
katherine.okonski@spiegelmcd.com

Dennis A. Corkery (DC Bar No. 1016991)
Matthew K. Handley (DC Bar No. 489946)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW
Suite 400
Washington, DC  20036
(202) 319-1000
dennis_corkery@washlaw.org
matthew_handley@washlaw.org

*Attorneys for Plaintiff Pepper Reed*

**DATED:**     April 12, 2018

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2018 I caused a true and correct copy of the foregoing document to be served via email to the following parties:

Mark A. Freeman (DC Bar No. 444836)
FREEMAN & FREEMAN, P.C.
100 Park Avenue
Suite 250
Rockville, MD  20850
T: (301) 315-0200
F: (301) 315-0210
mafreeman@rcn.com

*Attorney for Defendant Pepco*

                                                */s/ Anjali G. Patel*
                                                Anjali G. Patel